**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**RUFUS JOSEPH JOHNSON and
JERRYLEEN JOHNSON, deceased,**

    Plaintiffs,

vs.                                                   **CASE NO. 3:07-cv-332-J-16HTS**

**(C.E.O.) OF MEMORIAL HOSPITAL
and DOCTOR DEAN, an employee at
Memorial Hospital,**

    Defendants.
_____/

**O R D E R**

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, filed June 19, 2007 (Doc. #17). Plaintiff filed objections on July 2, 2007 (Doc #22). After an independent review of the entire record herein, the Court finds that the Plaintiff's objections offer nothing new and are without merit. The Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 6th day of July, 2007.

JOHN H. MOORE II
United States District Judge

Copies to:
    Counsel of record
    Pro Se Parties